Arogant Hollywood
1308 East Colorado Blvd.
Pasadena, CA 91106
(323) 200-4449
causeofaction40@gmail.com

FILED
2019 OCT -2 PM 3: 12

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AROGANT HOLLYWOOD, et al<br><br>PLAINTIFF/PETITIONER,<br>v.<br>STORQUEST INC., et al<br><br>DEFENDANT(S). | CASE NUMBER<br>EDCV19-01890-JGB(GJS)<br><br>REQUEST TO PROCEED<br>IN FORMA PAUPERIS WITH<br>DECLARATION IN SUPPORT |

I, <u>AROGANT HOLLYWOOD</u>, declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed? ☑Yes ☐No
   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. <u>In Home Supportive Services, 3400 Areojet Avenue, El Monte, CA 91731, (626) 569-4564</u>
   
   <u>Monthly Gross Wages: $ 1,800</u>     Net Monthly Income After Taxes and Deductions: $ 1,700
   
   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, *within the past twelve months*, any money from any of the following sources?
   a. Business, profession or form of self-employment?     ☐Yes ☑No
   b. Rent payments, interest or dividends?                 ☐Yes ☑No
   c. Pensions, annuities or life insurance payments?       ☐Yes ☑No
   d. Gifts or inheritances?                                ☐Yes ☑No
   e. Any other income (other than listed above)?           ☐Yes ☑No
   f. Loans?                                                ☐Yes ☑No
   
   If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: _____

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☑Yes ☐No

   If the answer is yes, identify each account and separately state the amount of money held in **each** account for each of the *six (6) months prior* to the date of this declaration.
   Feb 18 $ 204.23, Mar $ 75.43, April $ 155.03, May $ 106.81, June $ 207.83, July $ 180.56, Aug 90.68, Sep 108.49

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐Yes ☑No

   If the answer is yes, describe the property and state its approximate value: _____

5. In what year did you last file an Income Tax return? <u>I have never filed income tax returns.</u>

   Approximately how much income did your last tax return reflect? <u>N/A</u>

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:

   <u>I do not have any dependents.</u>

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

| California | Los Angeles |
|---|---|
| State | County (or City) |

I, <u>AROGANT HOLLYWOOD</u>, declare under penalty of perjury that the foregoing is true and correct.

October 2, 2019
Date

*Arogant Hollywood*
Plaintiff/Petitioner (Signature)

---

**REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT**

CV-60 (04/06) Page 2 of 2