Alison Helen Fairchild
1308 East Colorado Blvd.
Pasadena, CA 91106
(626) 714-9527
alisonhfairchild@gmail.com

FILED

2019 OCT -2 PM 3: 13

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

AROGANT HOLLYWOOD,     et al

PLAINTIFF/PETITIONER,

v.

STORQUEST INC.,   et al

DEFENDANT(S).

CASE NUMBER

ED CV19 - 01890 - JGB (GJS)

### REQUEST TO PROCEED
### IN FORMA PAUPERIS WITH
### DECLARATION IN SUPPORT

I, ALISON HELEN FAIRCHILD_____, declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1.  Are you presently employed? ☐Yes  ☑No

    a.  If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

    b.  If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2.  Have you received, *within the past twelve months*, any money from any of the following sources?

    a.  Business, profession or form of self-employment?      ☐Yes  ☑No

    b.  Rent payments, interest or dividends?      ☐Yes  ☑No

    c.  Pensions, annuities or life insurance payments?      ☐Yes  ☑No

    d.  Gifts or inheritances?      ☐Yes  ☑No

    e.  Any other income (other than listed above)?      ☐Yes  ☑No

    f.  Loans?      ☐Yes  ☑No

    If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: _____

---

**REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT**

3. Do you own any cash, or do you have money in a checking or savings account?  (Include any funds in prison accounts, if applicable.)  ☑Yes    ☐No

   If the answer is yes, identify each account and separately state the amount of money held in **each** account for each of the *six (6) months prior* to the date of this declaration.
   Feb 19 $ 34.21, Mar 19 $ 16.09, April 19 $ 26.53, May 19 $ 12.78, June 19 $ 25.72, July 19 $ 18.98   Aug $ 20.49
   Sep $ 12.81

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐Yes   ☑No

   If the answer is yes, describe the property and state its approximate value: _____
   _____

5. In what year did you last file an Income Tax return? I last filed for a federal income tax return in 2002.

   Approximately how much income did your last tax return reflect? I received approximately $ 600.00 on my return.

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:

   I do not have any dependents.
   _____

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury.  I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C.  Sections  1621, 3571).

| California | Los Angeles |
|---|---|
| State | County (or City) |

I, ALISON HELEN FAIRCHILD _____, declare under penalty of perjury that the foregoing is true and correct.

| October 2, 2019 | *Alison Helen Fairchild* |
|---|---|
| Date | Plaintiff/Petitioner (Signature) |

**REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT**