Arogant Hollywood
Alison Helen Fairchild
1308 E. Colorado Blvd.
Pasadena, CA 91106
Mobile: (323) 200-4449
Mobile: (626) 714-9527
Email: causeofaction39@gmail.com
Email: alisonhfairchild@gmail.com

FILED

2020 FEB -3 PM 3: 43

# UNITED STATES DISTRICT COURT
## DISTRICT OF THE STATE OF CALIFORNIA
## CENTRAL DISTRICT, EASTERN DIVISION

| | |
|---|---|
| AROGANT HOLLYWOOD, et al<br><br>Plaintiff(s),<br><br>vs.<br><br>storquest inc., et al<br><br>Defendant(s), | **Case No. 5:19-cv-01890-JGB-GJS**<br><br>Judge: Honorable Jesus G. Bernal<br>Magistrate Judge: Honorable Gail J. Standish<br><br>**RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE**<br><br>Discovery Cut-Off Date:   None-Set<br>Pretrial Conference Date:   None-Set<br>Trial Date:                        None-Set<br><br>**HEARING:**<br>**HONORABLE MAGISTRATE JUDGE GAIL J. STANDISH**<br><br>**DATE:**<br><br>**COURTROOM: 640** |

-Page 1   DECLARATION OF AROGANT HOLLYWOOD   5:19-cv-01890-JGB-GJS

# DECLARATION OF AROGANT HOLLYWOOD IN SUPPORT OF EXTENSION OF TIME

(1.)   I am over the age of 18 years-old and a party to this civil rights action herein.

(2.)   If called to testify as a witness I could and would testify to the truth, the whole truth, and nothing but the truth, so HELP ME.

(3.)   I, **AROGANT**, HEREBY GIVE MY TRUE AND HONEST TESTIMONY. IF NEED BE, I WOULD INDEED BE ABLE TO TESTIFY IN A COURT OF LAW.

(4.)   On or about October 11, 2019 both me and Alison Helen Fairchild personally served a copy of summons and complaint on all name entities in this lawsuit. Defendants Storquest Inc., BTC STORQUEST and Storquest Parker LLC all have registered agents located at 201 Wilshire Blvd., Suite 102, Santa Monica, CA 90401 pursuant to California Secretary of State business records.

(5.)   In early November 2019 I mailed a copy of summons and complaint by U.S.P.S. to Defendants Storquest Inc., BTC Storquest, Storquest Parker LLC, and Storquest Rancho Cucamonga. Included with these individual and separate mailings was a copy of a completed waiver of summons (Form AO 399).

(6.)   Defendants never responded to summons and complaint even though I personally served Defendants Storquest Inc., BTC STORQUEST, Storquest Parker LLC and Storquest Rancho Cucamonga. Alison Fairchild also assisted with serving Defendants.

(7.)   Defendants never responded to separately mailed waiver of summons, summons and complaint mailed separately to them in early November 2019.

(8.)   On January 2, 2020 I hired a licensed process server to personally serve Defendant Storquest Inc. No other Defendants were served because I did not have the funds to do so. Defendant Storquest Inc. was served within 90 days pursuant to Rule 4 as November 2019 (3 holidays), December 2019 (2 holidays), and January 2020 (2 holidays) had several court holidays that should not have counted to 90 days of service. Nevertheless, the date of filing of lawsuit was not 90 days total by January 2, 2020.

(9.) In late January 2020 I filed a copy of affidavit of service with the court.

(10.)   At a small claim hearing in Fontana court I gave a copy of affidavit of service to the person that was in court representing, none other than Storquest Rancho Cucamonga.

(11.)   Storquest Inc. sued me in smalls claims court after refusing to accept rental payments from me and filed small claims action shortly after they were served a copy of my lawsuit, waiver of summons, summons and complaint. At the first court hearing in January 2020 I was given a copy of SC109 California State Judicial form. The form stated that at the smalls claims trial with Storquest Inc., the person authorized to appear at trial was William Warren Group employee John Banh. This evidence confirms that Storquest Inc.'s parent company and registered agent for service is in fact William Warren Group. William Warren Group is located at    201 Wilshire Blvd., Suite 102, Santa Monica, CA 90401. This is also the same address I sent a copy of summons, complaint and completed waiver of summons form to all Defendants in this case except for Alexis Licea and Tyrone Grace.

12.   I have not been able to personally serve Defendant Tyrone Grace and Alexi Licea because I have not been able to locate these Defendants. I plan on requesting additional time to locate and serve Defendants.

13. I believe that served Defendants are deliberately and intentionally failing to respond to my lawsuit, and I intend on filing a default judgment shortly.

14. I will email and mail a copy of this motion to Defendants.

**I declare under the penalty of perjury under the laws and statutes of the state of California and United States of America that above declaration is true and correct.**

DATED: February 3, 2020

_____
Arogant Hollywood