JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| AROGANT HOLLYWOOD, et al., Plaintiffs<br>v.<br>STORQUEST INC., et al., Defendants. | Case No. 5:19-cv-01890-JGB (GJS)<br><br>**JUDGMENT** |
|---|---|

Pursuant to the Court's Order Denying Motion And Dismissing Action Without Prejudice,

This action is dismissed, without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

DATED: February 12, 2020

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE